FILED
CLERK, U.S. DISTRICT COURT
07/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JOSE FRANCISCO CIRENIO-MARCOS,<br>   aka "Juan Cirenio-Marcos,"<br><br>       Defendant. | ED CR No. 5:25-cr-00241-WLH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 111(a)(1): Assault on Federal Officer] |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1)]

On or about June 28, 2025, in San Bernardino County, within the Central District of California, defendant JOSE FRANCISCO CIRENIO-MARCOS, also known as Juan Cirenio-Marcos, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim P.R., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, while P.R. was

///

engaged in, and on account of, the performance of P.R.'s official duties, and, in doing so, made physical contact with P.R.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

JOHN A. BALLA
Assistant United States Attorney
Acting Chief, Riverside Office

SONAH LEE
Assistant United States Attorney
Riverside Office