BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6924
    Facsimile: (951) 276-6202
    Email:   sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE FRANCISCO CIRENIO-MARCOS,<br><br>    Defendant. | No. ED CR 25-00241-WLH<br><br>NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, hereby moves to dismiss without prejudice its indictment against defendant Jose Francisco Cirenio-Marcos ("defendant").

Following defendant's release on bond, defendant was arrested by Immigration and Customs Enforcement and removed from the United States.

The United States moves to dismiss the indictment against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its

motion to dismiss the indictment without prejudice.  Additionally, the Court should exonerate the bond for defendant.

On August 25, 2025, Deputy Federal Public Defender Chad Pennington, counsel for defendant, indicated that defendant does not oppose this motion but requests that the indictment be dismissed with prejudice.

Dated: August 26, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Sonah Lee*
SONAH LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA