UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE FRANCISCO CIRENIO-MARCOS,<br><br>　　　　Defendant. | No. ED CR 25-00241-WLH<br><br>ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO RULE 48(a)[13] |

　　　The Court has read and considered the government's motion to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  The Court finds that there is good cause to dismiss the indictment in the interests of justice.

//
//
//
//
//
//
//

Accordingly, IT IS HEREBY ORDERED that the indictment is dismissed without prejudice against defendant in the interest of justice. Defendant's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

8/27/2025
DATE

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SONAH LEE
Assistant United States Attorney